[No. 44588-0-I.   Division One.   November 20, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E. PITTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00725-1, Richard J. Thorpe, J., entered April 12, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47283-6-I.   Division One.   November 20, 2000.]

*In the Matter of the Parentage of* C.A.M.A., CHRISTIAN E. APPEL, ET AL., *Appellants*, and HERLINDE APPEL, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-5-00612-7, James H. Allendoerfer, J., entered September 19, 2000. *Reversed* by unpublished opinion per Becker, A.C.J., concurred in by Webster and Appelwick, JJ.

[No. 25385-2-II.   Division Two.   November 22, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CRYSTAL LYNN BAHR, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00823-2, Stephen M. Warning, J., entered December 9, 1999. *Affirmed* by unpublished opinion per Wang, J., concurred in by Morgan and Bridgewater, JJ.

[No. 25505-7-II.   Division Two.   November 22, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM M. HARGRAVE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00246-6, James B. Sawyer II, J., entered January 13, 2000. *Reversed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.